AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

TRUSTEES OF THE PACIFIC COAST PENSION
                Plaintiff(s),

v.

FRYER ROOFING CO., INC.
                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 13-CV-04139

Notice is hereby given that, subject to approval by the court, __FRYER ROOFING CO., INC.__ substitutes
(Party (s) Name)

__Douglas V. Thornton__, State Bar No. __154956__ as counsel of record in
(Name of New Attorney)

place of __Justin D. Harris__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:        Rummonds | Thornton, LLP
   Address:           1725 N. Fine Ave. Fresno, CA 93727
   Telephone:       (559) 400-8999      Facsimile (559) 492-3385
   E-Mail (Optional):  mchacon@rbtlawfirm.com

I consent to the above substitution.
Date: 6/23/15
                                        (Signature of Party (s))

I consent to being substituted.
Date: 6/25/15
                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/19/15
                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 6/30/2015
                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]